**Thomas E. Beck, Esq.** (SBN 81557)
THE BECK LAW FIRM
10377 Los Alamitos Boulevard
Los Alamitos, California 90720
Telephone No. (562) 795-5835
Facsimile No. (562) 795-5821
Email: becklaw@earthlink.net

**Timothy J. Midgley, Esq**. (SBN 123738)
PO Box 8443
Calabasas, CA 91372
Telephone No. (310-936-6729
Facsimile No. (603)-853-5503
Email: tim@tmidgleylaw.com

JS 6

Attorneys for Plaintiffs
Heriberto & Esmeralda Morales

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO MORALES, ESMERALDA MORALES,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SIMI VALLEY, CHIEF MARK LAYHEW, individually and as a peace officer, SGT. JOHN ADAMZAK, individually and as a peace officer, STEVEN PRCAL, individually and a peace officer, RICHARD WIGGINGTON, individually and as a peace officer, STEVEN SHORTS, individually and as a peace officer, HOWARD HORWITZ, individually and as a peace officer, CARIN WRIGHT, individually and as a peace officer, DOES 1-10, inclusive.<br><br>    Defendants.<br>_____ | Case No.  CV 07-4984 DSF (CWx)<br><br>[The Honorable Dale S. Fischer]<br><br>**ORDER RE DISMISSAL** |

////

////

1

Pursuant to the agreement of the parties to this action as evidenced by their Stipulated Dismissal filed currently herewith,

**IT IS HEREBY ORDERED** that Defendants City of Simi Valley, Chief Mark Layhew, Sgt. John Adamczyk, Steven Prchal, Richard Wiggington, Steven Shorts, Howard Horwitz, and Carin Wright are dismissed from this action with prejudice.

DATED: 7/8/09

_____
The Honorable Dale S. Fischer